United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16538-amc
Teresa G Brooks                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Nov 07, 2018
                              Form ID: 152                Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db            +Teresa G Brooks,    6026 N 2nd St,    Philadelphia, PA 19120-1901
14206670      +AES/PHEAA,    Attn: Bankruptcy,    1200 North 7th St,    Harrisburg, PA 17102-1419
14206674      +KML Law Group PC,    701 Market St, Ste 5000,    Philadelphia, PA 19106-1541
14214536      +Midland Mortgage,    c/o Rebecca A. Solarz, Esq.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
14206676      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                Oklahoma City, OK 73126-0648
14223644      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
14209640      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:20     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:37:51
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2018 02:38:04     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14206671      +E-mail/Text: EBNProcessing@afni.com Nov 08 2018 02:37:58     Afni,    Attn: Bankruptcy,
                Po Box 3097,    Bloomington, IL 61702-3097
14206672      +E-mail/Text: bankruptcy@sccompanies.com Nov 08 2018 02:37:29     Amerimark Premier,
                AmeriMark Customer Service,    6864 Engle Road,    Cleveland, OH 44130-7910
14206673      +E-mail/Text: bankruptcy@sccompanies.com Nov 08 2018 02:37:29     Dr Leonard's/Carol Wright Gifts,    Po Box 7823,    Edison, NJ 08818-7823
14206675      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2018 02:37:53     Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14206677      +E-mail/Text: bankruptcy@sccompanies.com Nov 08 2018 02:38:30     Midnight Velvet,
                Attn: Bankruptcy,    1112 7th Ave,    Monroe, WI 53566-1364
14206678      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 03:02:07
                Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              MICHAEL ADAM COHEN    on behalf of Debtor Teresa G Brooks lawyer.mc@gmail.com,
               notices@uprightlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Teresa G Brooks
    Debtor(s)

Case No: 18−16538−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/22/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court