UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERESA G BROOKS                     Chapter 13

                   Debtor           Bankruptcy No. 18-16538-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

  AND NOW, this ____ day of _____, 2019 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the Clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

                          _____
                          Ashely M. Chan
                          Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145

Debtor:
TERESA G BROOKS

6026 N. 2ND STREET

PHILADELPHIA, PA 19120