United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-16538-amc
Teresa G Brooks                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 2              Date Rcvd: May 07, 2019
                            Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db          +Teresa G Brooks,   6026 N 2nd St,   Philadelphia, PA 19120-1901
14206670    +AES/PHEAA,   Attn: Bankruptcy,   1200 North 7th St,   Harrisburg, PA 17102-1419
14206674    +KML Law Group PC,   701 Market St, Ste 5000,   Philadelphia, PA 19106-1541
14243982    +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
14214536    +Midland Mortgage,   c/o Rebecca A. Solarz, Esq.,   701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
14206676    +Midland Mortgage Co,   Attn: Customer Service/Bankruptcy,   Po Box 26648,
              Oklahoma City, OK 73126-0648
14223644    +Philadelphia Gas Works,   800 W Montgomery Avenue,   Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
14209640    +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
              Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov May 08 2019 02:43:36     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 08 2019 02:43:14
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 08 2019 02:43:26     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14206671    +E-mail/Text: EBNProcessing@afni.com May 08 2019 02:43:22     Afni,   Attn: Bankruptcy,
              Po Box 3097,   Bloomington, IL 61702-3097
14206672    +E-mail/Text: bankruptcy@sccompanies.com May 08 2019 02:42:52     Amerimark Premier,
              AmeriMark Customer Service,   6864 Engle Road,   Cleveland, OH 44130-7910
14294885     E-mail/Text: megan.harper@phila.gov May 08 2019 02:43:36     City of Philadelphia,
              c/o Pamela Elchert Thurmond,   Law Department Tax & Revenue Unit,   Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA  19102-1595
14206673    +E-mail/Text: bankruptcy@sccompanies.com May 08 2019 02:42:52
              Dr Leonard's/Carol Wright Gifts,   Po Box 7823,   Edison, NJ 08818-7823
14236634    +E-mail/Text: bankruptcy@sccompanies.com May 08 2019 02:42:52     K. Jordan,
              c/o Creditors Bankruptcy Service,   P O Box 800849,   Dallas, TX 75380-0849
14206675    +E-mail/Text: bankruptcydpt@mcmcg.com May 08 2019 02:43:18     Midland Funding,
              2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
14206677    +E-mail/Text: bankruptcy@sccompanies.com May 08 2019 02:43:47     Midnight Velvet,
              Attn: Bankruptcy,   1112 7th Ave,   Monroe, WI 53566-1364
14234898     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2019 02:48:48
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14206678    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2019 02:48:48
              Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              MICHAEL ADAM COHEN    on behalf of Debtor Teresa G Brooks lawyer.mc@gmail.com,
               notices@uprightlaw.com

```
District/off: 0313-2          User: Virginia             Page 2 of 2              Date Rcvd: May 07, 2019
                              Form ID: pdf900            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERESA G BROOKS                     Chapter 13

Debtor                     Bankruptcy No. 18-16538-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the Clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145


Debtor:
TERESA G BROOKS

6026 N. 2ND STREET

PHILADELPHIA, PA 19120